UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**COLTON WHITCOMB and**
**MELISSA DZIKOWSKI** on
behalf of themselves and all
others similarly situated,

       Plaintiff,

**v.**

**ETERNAL INK, INC.,** a/k/a
**ETERNAL MANUFACTURING**
**AND DESIGN and TERRY WELKER**

       Defendants.

Case No. 4:17-cv-13333

Hon. Terrence G. Berg

| | |
|---|---|
| **GOLD STAR LAW, P.C.**<br>**Maia Johnson Braun (P40533)**<br>**David A. Hardesty (P38609)**<br>Attorneys for Plaintiff<br>2701 Troy Center Dr., Ste. 400<br>Troy, Michigan 48084<br>(248) 275-5200<br>*mjohnson@goldstarlaw.com*<br>*dhardesty@goldstarlaw.com* | **MILLER, CANFIELD, PADDOCK and**<br>**STONE, P.L.C**<br>**Christopher M. Trebilcock (P62101)**<br>Attorney for Defendant<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>*trebilcock@millercanfield.com* |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
**AND WITHOUT COSTS OR FEES**

    The Parties having stipulated and agreed to the entry of this Order of Dismissal with Prejudice and Without Costs and Fees, and having requested that the Court retain jurisdiction in the event of an alleged breach of the agreement between the Parties, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's claims are hereby dismissed with prejudice and without interest, costs or attorney fees to any party.

This Order resolves the last pending claims and closes the case.

The Court, however, shall retain jurisdiction in the event of an alleged breach of the Parties' Agreement and may re-open this matter upon a Motion to Re-Open the File submitted by the party alleging a breach of the Parties' Agreement.

SO ORDERED.

/s/Terrence G. Berg
**TERRENCE G. BERG**
**UNITED STATES DISTRICT JUDGE**

**DATED: February 5, 2018**

**Approved by:**

| GOLD STAR LAW, P.C. | MILLER CANFIELD PADDOCK AND STONE, PLC |
|---|---|
| By: /s/*Maia Johnson Braun (w/permission*)  Maia Johnson Braun (P40533) | By: /s/ *Christopher M. Trebilcock*  Christopher M. Trebilcock (P62101) |
| Attorneys for Plaintiff | Attorney for Defendants |
| 2701 Troy Center Dr., Ste. 400 | 150 W. Jefferson Avenue, Suite 2500 |
| Troy, Michigan 48084 | Detroit, MI 48226 |
| (248) 275-5200 | (313) 963-6420 |
| mjohnson@goldstarlaw.com | trebilcock@millercanfield.com |